# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| SAMUEL ARMAS-ESCALANTE, | ) | Case No. 16-mj-6056-BSS |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __02/11/2016__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) and (b)(1) | The defendant, did knowingly and intentionally reenter the United States after being deported. |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Customs and Border Patrol Agent, Jose C. Valentin
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/12/16

*Judge's signature*

City and state: Fort Lauderdale, Florida     Hon. Barry S. Seltzer, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Jose C. Valentin, being duly sworn, depose and state the following:

1. I am a Border Patrol Agent with Border Patrol, Customs and Border Protection (CBP) and have been so employed for fourteen years. My current responsibilities include the investigation of criminal and administrative violations related to the Immigration and Nationality Act and other federal criminal offenses.

2. This affidavit is based on my personal knowledge and on information provided to me by other law enforcement and law enforcement support personnel. Because this affidavit is submitted for the limited purpose of establishing probable cause, it does not include all the details of the investigation of which I am aware.

3. On or February 11, 2016, CBP Agents as part of an investigation were conducting surveillance on a suspected re-entry in the area of 5261 NW 36th Terrace, Fort Lauderdale, Fl. During the surveillance three (3) subjects were encountered and all freely admitted to being illegally present in the United States.

4. One of the subjects encountered was identified as ARMAS-Escalante, Samuel. A review of ARMAS'S record checks revealed that he is a native and citizen of Honduras.

5. ARMAS was transported to the Dania Beach Border Patrol station for administrative processing. Once at the Border Patrol Station ARMAS's fingerprints were taken and cross-referenced with the Automated Biometric Identification System (IDENT) which revealed that ARMAS had previously been ordered removed by an Immigration Judge on May 14, 1998. On June 16, 1998 ARMAS was removed from New Orleans, LA to Honduras.

6. There is no record reflecting that ARMAS applied for or received permission to reapply for admission to the United States.

7. WHEREFORE, based upon the foregoing, your Affiant submits that there is probable cause to believe that on or about February 11, 2016, ARMAS-ESCALANTE, SAMUEL, an alien having been previously removed from the United States on or about June 16, 1998, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or her successor, the Secretary of Homeland Security having expressly consented to such aliens reapplying for admission to the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

José C. Valentín, Border Patrol Agent
Customs and Border Protection

Sworn to and subscribed before me
this ___ day of February, 2016

_____
HONORABLE BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 16-mj-6056-BSS

### BOND RECOMMENDATION

DEFENDANT: SAMUEL ARMAS-ESCALANTE,

Pre-Trial Detention

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: Thomas P. Lanigan

Last Known Address: _____

What Facility: _____

Agent(s): CBP, Agent Jose C. Valentin
(FBI)  (SECRET SERVICE)  (DEA)  (IRS)  (ICE)  (**OTHER**)